# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE RAMON SILVA MEDINA** : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **ANDREW SAUL,** : | |
| **Commissioner of Social Security,** : | |
| **Defendant.** : | **NO.  19-4112** |
| : | |

## ORDER

AND NOW, this 30th day of April, 2020, upon consideration of plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 11), defendant's Response (Doc. 14), and plaintiff's Reply (Doc. 15), it is hereby ORDERED that:

1. Plaintiff's Request for Review is DENIED;

2. JUDGEMENT IS ENTERED in favor of defendant; and

3. The Clerk of Court is directed to mark this case as CLOSED.

BY THE COURT:

 /s/ LINDA K. CARACAPPA
LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE